IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Duleba, Michael P

Printed: 10/30/07

Case Number: 06 B 04263
Judge: Hollis, Pamela S
Filed: 4/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: July 31, 2007
Confirmed: November 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,918.51 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,092.14 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,902.20 |
| Trustee Fee: |  | 209.59 |
| Other Funds: |  | 714.58 |
| Totals: | 4,918.51 | 4,918.51 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,902.20 | 1,902.20 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Beneficial Illinois Inc | Secured | 9,556.00 | 0.00 |
| 4. | Capital One | Unsecured | 54.27 | 77.82 |
| 5. | Resurgent Capital Services | Unsecured | 656.79 | 1,114.61 |
| 6. | Chase Bank | Unsecured | 25.91 | 37.16 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 508.25 | 862.55 |
| 8. | CB USA | Unsecured |  | No Claim Filed |
| 9. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 10. | Home Depot | Unsecured |  | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 12. | United States Dept Of Education | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,703.42 | $ 3,994.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 139.28 |
| 5.4% | 70.31 |
|  | _____ |
|  | $ 209.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Duleba, Michael P

Printed: 10/30/07

Case Number:  06 B 04263
Judge:  Hollis, Pamela S
Filed:  4/18/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_